

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ROYALCO OIL & GAS CORPORATION, | § | No. 08-11-00013-CV |
| Appellant, | § | Appeal from the |
| v. | § | 43rd District Court |
| | § | of Parker County, Texas |
| TEXAS CES, INC. D/B/A SHALE TANK TRUCK, MERCER WELL SERVICE, AND BASIN TOOL COMPANY, | § | (TC# CV08-1966) |
| Appellee. | § | |
| | § | |

### O R D E R

On February 23, 2022, the Appellee's filed a response regarding the status of bankruptcy. Appellee represents to the Court the bankruptcy proceedings were dismissed. Therefore, on the Court's own motion, the above-styled and numbered cause is hereby REINSTATED.

IT IS SO ORDERED this 1st day of March, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley JJ.